No. 90–8450 (A–977). FRANCIS *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 231 (1976), I would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

## JUNE 28, 1991

No. 90–1603. R. H. MACY & CO., INC., ET AL. *v.* CONTRA COSTA COUNTY, CALIFORNIA. Ct. App. Cal., 1st App. Dist. [Certiorari granted, 500 U. S. 951.] Writ of certiorari dismissed under this Court's Rule 46.

No. 90–1187. HUNTER *v.* MCKEITHEN, SECRETARY OF STATE OF LOUISIANA, ET AL. Appeal from D. C. W. D. La. Judgment vacated and case remanded for further consideration in light of *Houston Lawyers' Assn.* v. *Attorney General of Tex., ante,* p. 419, and *Clark* v. *Roemer,* 500 U. S. 646 (1991).

No. 89–1696. PEABODY COAL CO. ET AL. *v.* MARTIN, PERSONAL REPRESENTATIVE OF THE ESTATE OF TAYLOR, DECEASED, ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pauley* v. *BethEnergy Mines, Inc., ante,* p. 680. JUSTICE KENNEDY took no part in the consideration or decision of this case.